IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 16-76-RGA |
| | ) | |
| TIMOTHY CZEINER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM ORDER

Czeiner has filed what purports to be a compassionate release motion (D.I. 34), but it is based on what would ordinarily be filed as a section 2255 motion alleging some combination of ineffective assistance of counsel and/or failure to state a crime and/or actual innocence and/or something else.  Czeiner's argument that under *United States v. Andrews*, 12 F.4th 255 (3d Cir. 2021), there are no limits on what could be "extraordinary and compelling circumstances" supporting a compassionate release motion is refuted by the decision itself.  I expect that some court somewhere has said that compassionate release motions are not a substitute for section 2255 motions.  But I would be better served by having input from the United States, including the results of any research into whether courts have addressed this issue.

The United States Attorney is requested to respond to Czeiner's motion by no later than April 1, 2022.

IT IS SO ORDERED this 11th day of March, 2022.

/s/ Richard G. Andrews
United States District Judge